Opinion issued September 30, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00949-CV

———————————

Veronica L. Davis, individually and as legal representative for
Gelene, Appellant

V.

James A.
West, Henry V. Radoff, Houston Reporting Services & Prosperity Bank, Inc., Appellees



 



 

On Appeal from the 149th Judicial District
Court

Brazoria County, Texas



Trial Court Case No. 40104

 



 

MEMORANDUM OPINION

Appellant, Veronica West, individually and as legal representative for Gelene,
has neither established
indigence, nor paid all the required fees. 
See Tex. R. App. P.
5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing
requirements for establishing indigence); see also Tex. Gov’t Code Ann. §§ 51.207 (Vernon
2005), 51.208 (Vernon Supp. 2009); 51.941(a) (Vernon 2005), 101.041 (Vernon
Supp. 2009) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees in court of
appeals).  

After being notified that this appeal
was subject to dismissal, appellant did not adequately respond.  See Tex.
R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing
involuntary dismissal of case).

We dismiss the appeal for nonpayment
of all required fees.  We deny all
pending motions.

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Bland.